# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

CHRISTOPHER T. TOMLINSON,
    Plaintiff

    v.                        CASE NUMBER: 07-C-732

ROUNDY'S SUPERMARKETS, INC.,
    Defendant

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Tomlinson's petition to proceed in forma pauperis be and hereby is **DENIED**;

    **IT IS FURTHER ORDERED** that this action be and hereby is **DISMISSED**.

| August 29, 2007 | JON W. SANFILIPPO |
|---|---|
| Date | Clerk |
| | s/ Jacki L. Koll |
| | (By) Deputy Clerk |